**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2381-19

STATE OF NEW JERSEY,

    Plaintiff-Respondent,

v.

EMMANUEL CABRERA,

    Defendant-Appellant.

_____

          Submitted April 12, 2021 – Decided April 23, 2021

          Before Judges Fasciale and Rothstadt.

          On appeal from the Superior Court of New Jersey, Law Division, Middlesex County, Indictment No. 16-03-0504.

          Yonta Law, LLC, attorneys for appellant (Kimberly A. Yonta, of counsel and on the brief).

          Yolanda Ciccone, Middlesex County Prosecutor, attorney for respondent (Nancy A. Hulett, Assistant Prosecutor, on the brief).

PER CURIAM

The court being advised by the parties in the above matter that the issues in dispute have been amicably resolved, the appeal is accordingly dismissed with prejudice and without costs to either party.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-2381-19